## (December 11, 1958)

■ In the Matter of the Probate of the Will of HERMINA TEBIN, ·Also Known as HERMINA SCHORR, Deceased. KAZIMIERZ TEBIN, Appellant; SAMUEL S. GOODMAN, Respondent.— Order unanimously reversed in the court's discretion and the proceeding in the Surrogate's Court stayed pending a determination of the Supreme Court action, without costs. We believe the probate proceeding should be stayed until there has been a disposition of the Supreme Court action in which it is sought to impress a trust on certain property. The only question involved in the Surrogate's Court is whether there was fraud or undue influence in the execution of. decedent's will. The Supreme Court action however raises an additional issue as to fraud in connection with the transfer of decedent's property prior to her death. It is clear, therefore, that a determination in the Surrogate's Court will not dispose of the issues involved in the Supreme Court action. In the circumstances no useful purpose would be served by allowing the probate proceeding to go to trial before trial of the Supreme Court action. No prejudice will result by staying the probate proceeding, particularly since it appears that there are presently no assets in the estate. In fact there never will be any assets unless the Supreme Court action is sustained. Concur — Botein, .P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ GANSEVOORT HOLDING CORPORATION et al., Appellants, v. PALATINE INSURANCE Co., LTD., et al., Respondents.— Judgment and order so far as appealed from unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Bastow, JJ. [11 Misc 2d 518.]

■ EASTERN SEABOARD PLASTICS, INC., Respondent, v. AMERICAN NEWS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ.

■ ELLA ZIRNER-ZWIEBACK, Respondent, v. RUDOLF WEISS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MOLLIE AMBINDER et al., Respondents, v. CARMELLA AQUILINA et al., Appellants.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ PALMA FASANO, as Administratrix of the Estate of RALPH FASANO, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of ARON LAPIDUS, Deceased. ELEANOR SHAW (Now Known as ELEANOR DELANEY) as Administratrix D. B. N. of the Estate of ARON LAPIDUS, Deceased, Appellant; SYLVIA WOLFSON (Formerly Known as SYLVIA KRASSNER) as Executrix of DANIEL KRASSNER, Deceased, Respondent.— Order unanimously affirmed, with costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CLINTON FOOTWEAR CORP., Appellant, v. MAX HONIG, as President of Joint Council No. 13, United Shoe Workers of America, et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, .P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.